

August 5, 2020

**VIA ECF**
Honorable Lewis J. Liman
United States District Court for the
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

        Re:    **Fleetwood Services, LLC v. Ram Capital Funding, LLC, et al**
                **Case No. 1:20-cv-05120-LJL**

Dear Judge Liman:

    Our firm represents defendants Ram Capital Funding LLC and Steve Reich ("Defendants") in connection with the above-referenced matter.

    Pursuant to Your Honor's Notice of Initial Pretrial Conference we write this letter to advise the Court that Defendants intend to file a motion to dismiss Plaintiff's Complaint as against them. Please note that, by stipulation of the parties, Defendants' current deadline to respond to the Complaint is August 15, 2020.

    We thank you for your attention to this matter.

                                          Respectfully submitted,

                                          */s/Abraham Beinhorn*

                                          Abraham S. Beinhorn, Esq.

CC.    Shane R. Heskin, Esq. (via email)
         Jeremy M. Iandolo, Esq. (via email)