UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

                 :

FLEETWOOD SERVICES, LLC,              :

                 :

          Plaintiff,          :

                 :        20-cv-5120 (LJL)

      -v-               :

                 :          ORDER

RAM CAPITAL FUNDING,           :

                 :

          Defendant.      :

                 :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

LEWIS J. LIMAN, United States District Judge:

      The Court will hold an initial pre-trial conference on November 30, 2020 at 2:00 p.m. The parties are ordered to submit a case management plan by November 25, 2020 at 5:00 p.m. The Court will rule on the request to compel production of the settlement agreement at the initial pre-trial conference.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 20.

      SO ORDERED.

Dated: November 19, 2020
      New York, New York

                                  LEWIS J. LIMAN
                          United States District Judge