```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FLEETWOOD SERVICES, LLC,                                         :
                                                                 :
                         Plaintiff,                              :
                                                                 :           20-cv-5120 (LJL)
       -v-                                                       :
                                                                 :              ORDER
RAM CAPITAL FUNDING LLC, TSVI REICH a/k/a                        :
STEVE REICH, RICHMOND CAPITAL GROUP LLC                          :
n/k/a/ RCG ADVANCES LLC and ROBERT                               :
GIARDINA,                                                        :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/5/2021

LEWIS J. LIMAN, United States District Judge:

As discussed at today's conference it is hereby ordered:

1. Defendant Richmond shall produce Jose DaSilva for a deposition on May 12, 2021 and Michelle Gregg for a deposition on May 13, 2021. Robert Giardina shall appear for a deposition on May 17, 2021. The depositions shall take place in person and as noticed in the absence of a letter motion being made on or before May 7, 2021, showing good cause why a deposition should be conducted remotely. Plaintiff may move for additional time to take the deposition of defendant Gregg after the one-day deposition on May 13, 2021, should good cause be shown.
2. Richmond is ordered to respond to Plaintiff's document demand at Dkt. No. 46-4 by May 12, 2021 with responses as to each of the requested items of discovery. Defendant Richmond is ordered to produce by May 12, 2021 all documents responsive to each request in its possession, custody and control, save the documents protected by privilege.
3. The Court reserves judgment on the question whether Plaintiff should be awarded reasonable expenses under Rule 37 in opposing Defendants' motion to cancel the deposition. A decision will be forthcoming shortly.
4. Plaintiff's motion for an extension of time to respond to Richmond's discovery requests is denied.

SO ORDERED.

Dated: May 5, 2021
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge