USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FLEETWOOD SERVICES, LLC, :
:
                Plaintiff, :
: 20-cv-5120 (LJL)
   -v- :
: ORDER
:
RAM CAPITAL FUNDING LLC, TSVI REICH a/k/a :
STEVE REICH, RICHMOND CAPITAL GROUP LLC :
n/k/a RCG ADVANCES LLC, and ROBERT :
GIARDINA :
:
              Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant Richmond Capital Group is HEREBY ORDERED to produce a Rule 30(b)(6) witness for a deposition by Zoom on June 3, 2021 at 10:00 a.m. Richmond Capital Group is ORDERED to identify the name of its Rule 30(b)(6) witness by June 1, 2021. Richmond Capital Group is further ORDERED to respond to Plaintiff's letter, Dkt. No. 57, by May 28, 2021 at 5:00 p.m., explaining why the Court should not impose sanctions for failure to engage in discovery.

      SO ORDERED.

Dated: May 27, 2021                           _____
      New York, New York                      LEWIS J. LIMAN
                                              United States District Judge