# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEETWOOD SERVICES, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RAM CAPITAL FUNDING, LLC,<br>TSVI REICH A/K/A STEVE REICH,<br>RICHMOND CAPITAL GROUP N/K/A RCG<br>ADVANCES, LLC AND ROBERT GIARDINA<br><br>　　　　　　　　　　Defendants. | Civil Action No. 20-cv-05120 (LJL)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　PLEASE TAKE NOTICE that, Plaintiff Fleetwood Services, LLC ("Plaintiff"), by and through its undersigned attorneys, will move this Court, before the Honorable Lewis J. Liman at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Plaintiff summary judgment pursuant to Federal Rule of Civil Procedure 56(a) with respect to its First, Second, Third, Fourth and Fifth Causes of Action in the Amended Complaint.  In support of its motion, Plaintiff will rely upon its Memorandum of Law in Support, Statement of Undisputed Facts, the Declaration of Pamela Fleetwood dated September 18, 2021, together with the exhibits thereto, the Declaration of Stuart Wells dated September 20, 2021, together with the exhibits thereto, and all prior pleadings and proceedings herein.

Dated:  September 20, 2021　　　　　　　　　　**WHITE AND WILLIAMS LLP**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stuart J. Wells*
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　Stuart Wells
　　　　　　　　　　　　　　　　　　　　　　　　Shane R. Heskin
　　　　　　　　　　　　　　　　　　　　　　　　7 Times Square, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036-6524
　　　　　　　　　　　　　　　　　　　　　　　　(917) 330-0765
　　　　　　　　　　　　　　　　　　　　　　　　wellss@whiteandwilliams.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

To: Jeremy M. Iandolo, Esq. (Via ECF)
    J. Iandolo Law, PC
    7621 13th Avenue
    Brooklyn, NY 11228
    718-305-1702
    Fax: 718-395-1732
    iandololaw@gmail.com
    *Attorneys for Defendants*
    *Richmond Capital Group, LLC*
    *and Robert Giardina*

27776744v.1