UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FLEETWOOD SERVICES, LLC,                                            :
:
             Plaintiff,                                             :
:         20-cv-5120 (LJL)
     -v-                                                            :
:              ORDER
RAM CAPITAL FUNDING LLC, TSVI REICH a/k/a                           :
STEVE REICH, RICHMOND CAPITAL GROUP LLC                             :
n/k/a RCG ADVANCES LLC, and ROBERT                                  :
GIARDINA,                                                           :
:
             Defendants.                                            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiff has moved for summary judgment in this case. In the memoranda of law submitted by both parties in support and in opposition to the motion for summary judgment, the parties cite to a number of unpublished cases using a Lexis citation. As provided in the Court's individual practices, "[i]f a party provides a citation to other than an official reporter or Westlaw, it shall submit a copy of the decision with its filing." Neither party has done so.

    It is hereby ORDERED that each party shall submit copies of the decisions it cites in its memoranda of law submitted in support of its motion for summary judgment by the end of the day tomorrow, May 13, 2022.

    SO ORDERED.

Dated: May 12, 2022
       New York, New York

                                                        LEWIS J. LIMAN
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022