```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FLEETWOOD SERVICES, LLC,                                         :
                                                                 :
                        Plaintiff,                               :
                                                                 :      20-cv-5120 (LJL)
        -v-                                                      :
                                                                 :           ORDER
RAM CAPITAL FUNDING, LLC, TSVI REICH a/k/a                       :
STEVE REICH, RICHMOND CAPITAL GROUP LLC                          :
n/k/a RCG ADVANCES LLC, and ROBERT                               :
GIARDINA,                                                        :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      As directed at the conference held in this matter on June 14, 2022, Plaintiff shall file, by June 21, 2022, its motion pursuant to Federal Rule of Civil Procedure 54 that the Court enter judgment on Plaintiff's claim under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, against defendant Robert Giardina, setting forth (among other things) the amount for which it claims judgment and the basis for such amount, as well as its request that, if the Court enters judgment against Robert Giardina, it dismiss all claims other than the RICO claim against the remaining defendant Richmond Capital Group LLC. The motion shall indicate prominently whether it is unopposed. Assuming the Court grants the motion, the parties shall meet and confer with respect to Plaintiff's request for attorneys' fees, and Plaintiff shall file any request for such fees within thirty days after judgment is entered.

      SO ORDERED.

Dated: June 16, 2022  
      New York, New York  
                                                                    LEWIS J. LIMAN  
                                                            United States District Judge