UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEETWOOD SERVICES LLC,

        Plaintiff-Respondent

vs.

RAM CAPITAL FUNDING, LLC, TSVI REICH a/k/a STEVE REICH, RICHMOND CAPITAL GROUP LLC n/k/a RCG ADVANCES and ROBERT GIARDINA,

        Defendant - Appellants

Case No.: 20cv5120

**NOTICE OF APPEAL**

        PLEASE TAKE NOTICE that Robert Giardina, and Richmond Capital Group LLC n/k/a RCG Advances in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on June 6, 2022 *inter alia*, Robert Giardina, individually is liable under the theory of CIVIL RICO and the finding that the Merchant Cash Advances were "loans," and not "advances."

Dated: June 16, 2022

*Jeremy M. Iandolo*

J. Iandolo Law, PC
Jeremy M. Iandolo
7621 13th Avenue
Brooklyn New York 11228
718.303.0802

NOTICE OF APPEAL - 1