```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FLEETWOOD SERVICES, LLC,                                           :
:
Plaintiff,                                  :
:                  20-cv-5120 (LJL)
-v-                                              :
:                      ORDER
RAM CAPITAL FUNDING, LLC, TSVI REICH a/k/a    :
STEVE REICH, RICHMOND CAPITAL GROUP LLC       :
n/k/a RCG ADVANCES LLC, and ROBERT            :
GIARDINA,                                     :
:
Defendants.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiff has filed a motion for entry of judgment against defendant Robert Giardina. Dkt. No. 94. In support, Plaintiff submits a calculation of damages to which it asserts it is entitled. *See* Dkt. No. 94-1.

    It is hereby ORDERED that, no later than July 7, 2022, Giardina shall indicate whether he objects to the calculation of calculation of damages or intends to offer any evidence to contradict the showing of damages offered by Plaintiff.

    SO ORDERED.

Dated: July 1, 2022
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge