UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FLEETWOOD SERVICES, LLC,                                             :
:
                Plaintiff,                                :      20-cv-5120 (LJL)
:
    -v-                                                          :
:         ORDER
RAM CAPITAL FUNDING, LLC, TSVI REICH a/k/a                           :
STEVE REICH, RICHMOND CAPITAL GROUP LLC                              :
n/k/a RCG ADVANCES LLC, and ROBERT                                   :
GIARDINA,                                                            :
:
                Defendants.                               :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of Plaintiff's motion for entry of judgment against Robert Giardina. Dkt. No. 94. Defendant Giardina has filed an opposition to the calculation of damages to which Plaintiff asserts it is entitled in which he requests a hearing. Dkt. No. 98. Plaintiff has not yet filed a reply in further support of its motion; it shall file any reply by July 27, 2022.

       The Court will hold a hearing on the motion on August 17, 2022 at 11:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse. In advance of the hearing, and after it has received and reviewed the reply, the Court will indicate whether the parties will be permitted to present evidence or whether the hearing will be limited to oral argument.

       SO ORDERED.

Dated: July 20, 2022
       New York, New York
                                                  LEWIS J. LIMAN
                                                  United States District Judge