```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
        :
FLEETWOOD SERVICES, LLC,        :
        :
        Plaintiff,        :
        :        20-cv-5120 (LJL)
     -v-        :
        :        ORDER
RAM CAPITAL FUNDING, LLC, TSVI REICH a/k/a        :
STEVE REICH, RICHMOND CAPITAL GROUP LLC        :
n/k/a RCG ADVANCES LLC, and ROBERT        :
GIARDINA,        :
        :
        Defendants.        :
        :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has scheduled oral argument on the motion for judgment pending in this matter for August 17, 2022 at 11:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse. Among other issues, the parties should be prepared to address whether the principal amount that Plaintiff was advanced by Richmond ($50,000 minus fees) and then subsequently paid back should be subtracted from the total amount taken from Fleetwood's account ($119,617) for the purpose of calculating damages. The parties should specifically be prepared to address this question as it pertains to damages for a RICO violation rather than solely under the usury laws of Texas or New York.

      SO ORDERED.

Dated: August 15, 2022                       _____
      New York, New York                      LEWIS J. LIMAN
                                                              United States District Judge