**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FLEETWOOD SERVICES, LLC,

                   Plaintiff,

   -against-                                 20 **CIVIL** 5120 (LJL)

## JUDGMENT

RAM CAPITAL FUNDING, LLC, TSVI REICH
a/k/a STEVE REICH, RICHMOND CAPITAL
GROUP LLC n/k/a RCG ADVANCES LLC, and
ROBERT GIARDINA,

                   Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2022, the motion for entry of judgment is GRANTED in part, and Counts One, Two, Three, and Four of Fleetwood's Complaint are DISMISSED with prejudice. Judgment is entered in favor of Fleetwood and against Giardina on Count Five in the amount of $175,351.00.

**Dated:**  New York, New York

      August 18, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                        **BY:**     K. Mango
                                                      **Deputy Clerk**