```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FLEETWOOD SERVICES, LLC,                                          :
:
Plaintiff,                                :
:                   20-cv-5120 (LJL)
-v-                                                               :
:                        ORDER
:
RAM CAPITAL FUNDING, LLC, TSVI REICH a/k/a                        :
STEVE REICH, RICHMOND CAPITAL GROUP LLC                           :
n/k/a RCG ADVANCES LLC, and ROBERT                                :
GIARDINA,                                                         :
:
Defendants.                                :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On August 31, 2022, counsel for defendants Robert Giardina and Richmond Capital Group filed a letter on the docket seeking a stay of execution of the judgment entered in favor of Plaintiff "until the time the appealable issues can be briefed and heard by the [S]econd [C]ircuit" and requesting that the Court "hold any motion for attorney[s'] fees in abeyance, until the time that the Second Circuit render[s] its decision." Dkt. No. 108 at 2. The letter states that it is a letter motion, but it was filed on the docket as "NOTICE of Rule 68." Plaintiff has not filed a response to the letter.

It is hereby ORDERED that Plaintiff shall file a response to the letter filed at Dkt. No. 108 no later than September 23, 2022. Giardina and Richmond Capital Group may file a reply in further support of their requests by September 27, 2022.

SO ORDERED.

Dated: September 16, 2022                          _____
       New York, New York                                      LEWIS J. LIMAN
                                                          United States District Judge